JEFFREY K. GARFINKLE (Cal. Bar No. 153496)
BUCHALTER NEMER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
jgarfinkle@buchalter.com
Special Counsel for
OWNIT LIQUIDATING TRUST

FILED & ENTERED

MAR 12 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cetulio    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>OWNIT MORTGAGE SOLUTIONS, INC.,<br><br>    Debtor.<br>_____<br>AMY EBERLY, ERIN GOODMAN AND JAMIE KIRK, individually, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>OWNIT LIQUIDATING TRUST,<br><br>    Defendant.<br>_____ | Case No. SV 06-12579 KT<br>Adversary No. SV 07-01212-KT<br>Chapter 11<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(b)(6)<br><br>Hearing:   February 6, 2008<br>Time:       1:30 p.m.<br>Place:      Courtroom 301<br>             21041 Burbank Blvd.<br>             Woodland Hills, CA |

On February 6, 2008, a continued hearing on Defendant's Motion to Dismiss was held.  Appearances were as noted on the record.  Following the hearing, this Court entered its Memorandum of Ruling on Defendant's Motion to Dismiss Under FRCP 12(b)(6), dated February 8, 2008,  (the "Memorandum," (Docket No. 16)).  For the reasons set forth in the Court's Memorandum,

1

IT IS ORDERED as follows:

1. The Motion to Dismiss is granted; and

2. Effective as of March 12, 2008, this adversary proceeding is dismissed, without prejudice.

###

DATED: March 12, 2008

_____
United States Bankruptcy Judge