

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>OWNIT MORTGAGE SOLUTIONS, INC.,<br><br>Debtor.<br>_____<br><br>AMY EBERLY, ERIN GOODMAN AND JAMIE KIRK, individually, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>OWNIT MORTGAGE SOLUTIONS, INC.,<br><br>Defendant.<br>_____ | Case No. SV 06-12579-KT<br>Adv. No. 07-01212-KT<br><br>Chapter 11<br><br>ORDER VACATING ORDER GRANTING DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(b)(6)<br><br><u>New Hearing Date:</u><br>Date: March 25, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 301<br>      21041 Burbank Blvd.<br>      Woodland Hills, CA 91367 |

On March 12, 2008, an Order Granting Defendant's Motion to Dismiss Under FRCP 12(b)(6) ("Order") was entered. Subsequently, on March 12, 2008, the court received a copy of "Plaintiffs' Objection to Entry of Order Granting Defendant's Motion to Dismiss Under FRCP 12(b)(6); Declaration of Daniel I. Barness" ("Objection"). On March 13, 2008, Defendant filed a "Response to Plaintiffs' Objection to Entry of Order Granting

Defendant's Motion to Dismiss Under FRCP 12(b)(6)" ("Response").

IT IS HEREBY ORDERED that the Order of dismissal is vacated based on the grounds that the Objection was timely filed. A hearing is scheduled for **March 25, 2008** at **11:00 a.m.** for the court to make an inquiry concerning Plaintiffs' Objection. Should the parties desire, the parties may appear at the hearing via telephone. The parties must contact Court Call to arrange for a telephonic hearing with the court.

Dated: MAR 1 2008

Kathleen Thompson
United States Bankruptcy Judge

# CERTIFICATE OF MAILING

I hereby certify that copies of the ORDER VACATING ORDER GRANTING DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(b)(6) were mailed to the following parties in interest:

DATED: MAR 1 8 2008

JON CERETTO
CLERK OF COURT

By: _____
Deputy Clerk

Jeffrey K. Garfinkle, Esq.
Buchalter Nemer
18400 Von Karman Avenue, Ste. 800
Irvine, CA 92612

Daniel I. Barness, Esq.
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064

Michael H. Goldstein, Esq.
Christine M. Pajak, Esq.
Gabriel I. Glazer, Esq.
Stutman Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067