Daniel I. Barness
  SBN 104203, daniel@spiromoss.com
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone:  (310) 235-2468
Facsimile:   (310) 235-2456

Attorneys for Plaintiffs Amy Eberly, Erin Goodman, and Jamie Kirk, individually and on behalf of all others similarly situated

# UNITED  STATES BANKRUPTCY COURT

## CENTRAL  DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | CASE NO.   06-12579 KT |
| OWNIT MORTGAGE SOLUTIONS, INC., | Chapter 11 |
| | ADV.  NO.  071212 KT |
| Debtor. | [CLASS ACTION] |
| _____ | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND OTHER RELIEF** |
| AMY EBERLY, ERIN GOODMAN AND JAMIE KIRK, individually and on behalf of all others similarly situated, | |
| Plaintiffs | Date:        May 13, 2008<br>Time:        10:00 a.m.<br>Place:       Courtroom 301 |
| v. | |
| OWNIT MORTGAGE SOLUTIONS, INC., | |
| Defendant. | |
| _____ | |

Amy Eberly, Erin Goodman and Jamie Kirk ("Plaintiffs"), on behalf of themselves and all other similarly situated persons,  asks the Court to take Judicial Notice pursuant to Rule 201 of the Federal Rules of Evidence of the following matters contained in the Court's files:

1

| | |
|---|---|
| Exhibit "A" | Debtor's Schedule E - Creditors Holding Unsecured Priority Claims (excerpt) |
| Exhibit "B" | Complaint filed herein on September 12, 2007 |
| Exhibit "C" | Order Confirming "Debtor's Third Amended Liquidating Plan of Reorganization Under Chapter 11 of the Bankruptcy Code" entered January 17, 2008 |
| Exhibit "D" | Debtor's Reply Memorandum in Support of "Motion (A) to Establish Plan Reserves and Caps for Disputed Administrative and Priority WARN-related Claims . . . (B) to Estimate Maximum Amount of Disputed . . . WARN-related Claim under Bankruptcy Code Section 502(c)(1) . . ." filed on or about December 13, 2007 |
| Exhibit "E" | Order on Plaintiffs' "Motion for Order Extending the Claims Bar Date Or, Alternatively, for Leave to File Late Claim" entered on April 3, 2008 |
| Exhibit "F" | Memorandum of Decision on Plaintiffs' "Motion for Order Extending the Claims Bar Date Or, Alternatively, for Leave to File Late Claim" issued on April 3, 2008 |

Dated:  April 18, 2008                Spiro Moss Barness LLP

/s/ DANIEL I. BARNESS
_____
Daniel I. Barness
Attorneys for Plaintiffs Amy Eberly, Erin
Goodman  and Jamie Kirk  individually and on
behalf of all others similarly situated

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT  A

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND OTHER RELIEF**

In re    Ownit Mortgage Solutions, Inc.                    Case No.:    06-12579
_____                 _____
                    **Debtor**                                   **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  3753 <br><br> Abell, Raeanna <br> 8601 Glenoaks Blvd. <br> Apt. # 106 <br> Sun Valley, CA  91352 | | | Wages, Accrued PTO and/or commissions | | | | 1,921.63 | 1,921.63 | 0.00 |
| Account No.  9731 <br><br> Abney, Carrie <br> 1045 Valley Wood Dr. <br> Batavia, OH  45103 | | | Wages, Accrued PTO and/or commissions | | | | 4,012.86 | 4,012.86 | 0.00 |
| Account No.  4099 <br><br> Aceves, Nelida <br> 16449 E. Main Street <br> La Puente, CA  91744 | | | Wages, Accrued PTO and/or commissions | | | | 1,931.04 | 1,931.04 | 0.00 |
| Account No.  6082 <br><br> Adams, Elizabeth <br> 3416 Fairfield Trail <br> Clearwater, FL  33761 | | | Wages, Accrued PTO and/or commissions | | | | 4,411.90 | 4,411.90 | 0.00 |

Sheet no. 1  of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)     $   12,277.43    $   12,277.43    $   0.00

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re    Ownit Mortgage Solutions, Inc.                    Case No.:    06-12579
              **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2805<br><br>Adams, Starla<br>6614 Ventura Pl.<br>Alta Loma, CA 91701 | | | Wages, Accrued PTO and/or commissions | | | | 3,484.97 | 3,484.97 | 0.00 |
| Account No. 7727<br><br>Addison, Lashania<br>7722 Robert E Lee Street<br>Tampa, FL 33637 | | | Wages, Accrued PTO and/or commissions | | | | 3,292.18 | 3,292.18 | 0.00 |
| Account No. 2963<br><br>Adkins, Phantayne<br>4930 Aylesbury Way<br>Stone Mountain, GA 30088 | | | Wages, Accrued PTO and/or commissions | | | | 8,983.33 | 8,983.33 | 0.00 |
| Account No. 3584<br><br>Adler, Hadar<br>5665 Likins Ave.<br>Martinez, CA 94553 | | | Wages, Accrued PTO and/or commissions | | | | 8,711.53 | 8,711.53 | 0.00 |

Sheet no. 2 of 195 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➢ (Totals of this page)    $  24,472.01    $   24,472.01    $        0.00

Totals➢
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals➢
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.          Case No.:  06-12579
          **Debtor**                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 6317<br><br>Aguila, Ambrie<br>444 Piedmont Ave.  #111<br>Glendale, CA  91206 | | | Wages, Accrued PTO and/or commissions | | | | 6,762.61 | 6,762.61 | 0.00 |
| Account No. 4723<br><br>Alamo, Jose<br>1212 68th St SE<br>Auburn, WA  98092 | | | Wages, Accrued PTO and/or commissions | | | | 8,827.88 | 8,827.88 | 0.00 |
| Account No. 6519<br><br>Aldrich, Lee<br>16844 204th Ave NW<br>Big Lake, MN  55309 | | | Wages, Accrued PTO and/or commissions | | | | 21,789.58 | 10,000.00 | 11,789.58 |
| Account No. 3128<br><br>Alexander, Deveny<br>4263 12th Ave. N.<br>St. Petersburg, FL  33713 | | | Wages, Accrued PTO and/or commissions | | | | 2,130.70 | 2,130.70 | 0.00 |

Sheet no. 3  of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)     $  39,510.77   $  27,721.19   $  11,789.58

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

DOCS_SF:53257.2

In re   Ownit Mortgage Solutions, Inc. _____   Case No.:   06-12579 _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  2661  Alexander, Mark 11323 Pacific Shores  Drive Bakersfield, CA  93312 | | | Wages, Accrued PTO and/or commissions | | | | 7,003.01 | 7,003.01 | 0.00 |
| Account No.  7372  Allcorn, Quentin 1206 Amesbury Court Wilmington, NC  28411 | | | Wages, Accrued PTO and/or commissions | | | | 10,134.97 | 10,000.00 | 134.97 |
| Account No.  7431  Allen, Laura 12800 SE Flavel Portland, OR  97236 | | | Wages, Accrued PTO and/or commissions | | | | 7,657.03 | 7,657.03 | 0.00 |
| Account No.  7933  Allen, Rita 77 Fulton Street Wilmington, OH  45177 | | | Wages, Accrued PTO and/or commissions | | | | 6,437.28 | 6,437.28 | 0.00 |

Sheet no. 4  of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➢
(Totals of this page)

$   31,232.29    $    31,097.32    $      134.97

Totals➢
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➢
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re   <u>Ownit Mortgage Solutions, Inc.</u>      Case No.:    <u>06-12579</u>
              **Debtor**                                   **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

<u>Wages, salaries and commissions</u>
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 7892<br><br>Allman, Aaryn<br>7985 Ferry Street<br>Miamitown, OH 45041 | | | Wages, Accrued PTO and/or commissions | | | | 2,996.52 | 2,996.52 | 0.00 |
| Account No. 6135<br><br>Altabet, Joelita<br>3555 Meridale Drive Unit 2146<br>Las Vegas, NV 89147 | | | Wages, Accrued PTO and/or commissions | | | | 3,315.99 | 3,315.99 | 0.00 |
| Account No. 2808<br><br>Alvarez, Claudia<br>19638 Mayall St.<br>Northridge, CA 91324 | | | Wages, Accrued PTO and/or commissions | | | | 3,472.96 | 3,472.96 | 0.00 |
| Account No. 3253<br><br>Alvarez, Luis M.<br>248 5th Ave.<br>Redwood City, CA 94063 | | | Wages, Accrued PTO and/or commissions | | | | 4,731.91 | 4,731.91 | 0.00 |

Sheet no. 5 of 195 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)
  $ 14,517.38    $ 14,517.38    $ 0.00

Totals➤
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.                    Case No.:  06-12579
_____                    _____
        **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  2534  <br><br> Amato, Melisalyn <br> 201 Lippencott Ave <br> Riverside, NJ  08075 | | | Wages, Accrued PTO and/or commissions | | | | 2,957.73 | 2,957.73 | 0.00 |
| Account No.  1073  <br><br> Ammons, Stephanie <br> 1884 Grazziani Way <br> Roseville, CA  95661 | | | Wages, Accrued PTO and/or commissions | | | | 25,404.22 | 10,000.00 | 15,404.22 |
| Account No.  2517  <br><br> Ampie, Nora <br> 1600 San Fernando Rd <br> Burbank, CA  91504 | | | Wages, Accrued PTO and/or commissions | | | | 3,821.41 | 3,821.41 | 0.00 |
| Account No.  2939  <br><br> Anapol, Bruce R. <br> 16739 Alexandra Way <br> Grass Valley, CA  95949 | | | Wages, Accrued PTO and/or commissions | | | | 6,707.81 | 6,707.81 | 0.00 |

Sheet no. 6  of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)  $  38,891.17  |  $  23,486.95  |  $  15,404.22

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re    Ownit Mortgage Solutions, Inc.                    Case No.:    06-12579
_____                    _____
                  **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  9639<br><br>Ancheta, Amy<br>32989 Trestle Ln.<br>Temecula, CA  92592 | | | Wages, Accrued PTO and/or commissions | | | | 4,741.80 | 4,741.80 | 0.00 |
| Account No.  2444<br><br>Andersen, Jennifer<br>239A Willow Turn<br>Mt. Laurel, NJ  08054 | | | Wages, Accrued PTO and/or commissions | | | | 775.51 | 775.51 | 0.00 |
| Account No.  8357<br><br>Anderson, Kirk<br>149 Canyon Trail<br>Pelham, AL  35124 | | | Wages, Accrued PTO and/or commissions | | | | 3,906.52 | 3,906.52 | 0.00 |
| Account No.  0925<br><br>Anderson, Leroy<br>3109 Boring Way<br>Decatur, GA  30034 | | | Wages, Accrued PTO and/or commissions | | | | 20,390.55 | 10,000.00 | 10,390.55 |

Sheet no. 7  of 195 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)            $  29,814.38    $  19,423.83    $  10,390.55

Totals➤
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals➤
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.          Case No.:  06-12579
               **Debtor**                           **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 5404<br><br>Anderson, Susan<br>4501 Powells Point Rd.<br>Virginia Beach, VA 23455 | | | Wages, Accrued PTO and/or commissions | | | | 2,702.23 | 2,702.23 | 0.00 |
| Account No. 3778<br><br>Andry, Anita<br>2856 Brookford Ln.<br>Atlanta, GA 30331 | | | Wages, Accrued PTO and/or commissions | | | | 2,819.92 | 2,819.92 | 0.00 |
| Account No. 9372<br><br>Angelatos, Athena<br>78 Lake Drive<br>Beverly, NJ 08010 | | | Wages, Accrued PTO and/or commissions | | | | 2,411.67 | 2,411.67 | 0.00 |
| Account No. 0940<br><br>Antesberger, Steve<br>915 Pond Ct.<br>Lebanon, OH 45036 | | | Wages, Accrued PTO and/or commissions | | | | 3,693.80 | 3,693.80 | 0.00 |

Sheet no. 8 of 195 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)    $ 11,627.62    $ 11,627.62    $ 0.00

Totals➤
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

Official Form 6E (10/06) - Cont.

In re  **Ownit Mortgage Solutions, Inc.**     Case No.:   06-12579
             **Debtor**                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0599 <br><br> Apgar, Cynthia <br> 1061 Tennyson Pl. NE <br> Atlanta, GA 30319 | | | Wages, Accrued PTO and/or commissions | | | | 5,845.35 | 5,845.35 | 0.00 |
| Account No. 0266 <br><br> Aragon, Tanya <br> 2016 Hedge Avenue <br> Brentwood, CA 94513 | | | Wages, Accrued PTO and/or commissions | | | | 4,043.87 | 4,043.87 | 0.00 |
| Account No. 5576 <br><br> Armendarez, Leona <br> 463 CR 199 <br> Gainesville, TX 76240 | | | Wages, Accrued PTO and/or commissions | | | | 2,581.93 | 2,581.93 | 0.00 |
| Account No. 1189 <br><br> Armstrong, Jennifer <br> 15245 Kingsbury St. <br> Mission Hills, CA 91345 | | | Wages, Accrued PTO and/or commissions | | | | 3,556.60 | 3,556.60 | 0.00 |

Sheet no. 9 of 195 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)    $ 16,027.75    $ 16,027.75    $ 0.00

Totals➤
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

DOCS_SF:53257.2

In re   Ownit Mortgage Solutions, Inc.         Case No.:   06-12579
            Debtor                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 4463 <br><br> Aronson, Robyn <br> 18742-E Vista Del Canon <br> Newhall, CA 91321 | | | Wages, Accrued PTO and/or commissions | | | | 4,827.93 | 4,827.93 | 0.00 |
| Account No. 5381 <br><br> Arreola, Nadia <br> 20235 Sherman Way #104 <br> Winnetka, CA 91306 | | | Wages, Accrued PTO and/or commissions | | | | 3,627.12 | 3,627.12 | 0.00 |
| Account No. 8953 <br><br> Arthur, Janette <br> 8232 Swan Hollow Dr <br> Tampa, FL 33647 | | | Wages, Accrued PTO and/or commissions | | | | 18,854.48 | 10,000.00 | 8,854.48 |
| Account No. 2309 <br><br> Artishuk, Mira <br> 6129 Palmaya Ln. <br> Orangevale, CA 95662 | | | Wages, Accrued PTO and/or commissions | | | | 3,208.88 | 3,208.88 | 0.00 |

Sheet no. 10 of 195 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

$ 30,518.41    $ 21,663.93    $ 8,854.48

Totals➤
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                     Case No.:   06-12579
_____              _____
           **Debtor**                                            **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  9541 <br><br> Atkinson, Brent <br> 2332 Alsace Terrace <br> St. Petersburg, FL  33714 | | | Wages, Accrued PTO and/or commissions | | | | 4,803.98 | 4,803.98 | 0.00 |
| Account No.  7405 <br><br> Attebury, Amanda <br> 11098 Wheeler Cross  Rd. <br> Grass Valley, CA  95945 | | | Wages, Accrued PTO and/or commissions | | | | 1,705.62 | 1,705.62 | 0.00 |
| Account No.  1993 <br><br> Auer, Jessica <br> 2462 Virgo Dr. <br> Colorado Springs, CO  80906 | | | Wages, Accrued PTO and/or commissions | | | | 9,104.04 | 9,104.04 | 0.00 |
| Account No.  9605 <br><br> Avalos, Sonia <br> 6938 Comanche Avenue <br> Winnetka, CA  91306 | | | Wages, Accrued PTO and/or commissions | | | | 2,952.18 | 2,952.18 | 0.00 |

Sheet no. 11 of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals➤ (Totals of this page) | $  18,565.82 | $  18,565.82 | $      0.00 |
|---|---|---|---|---|
|  | Totals➤ (Use only on last page of the completed Schedule E. Report also on Summary of Schedules.) | | | |
|  | Totals➤ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.) | | | |

In re   Ownit Mortgage Solutions, Inc.                                    Case No.:   06-12579
_____                      _____
                            **Debtor**                                                                **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2335<br><br>Avery, Sharrel<br>10019 Ne 28th Place<br>Clyde Hill, WA 98004 | | | Wages, Accrued PTO and/or commissions | | | | 6,880.68 | 6,880.68 | 0.00 |
| Account No. 7514<br><br>Ayala-Hill, Jesus<br>P.O. Box 266552<br>Weston, FL 33326 | | | Wages, Accrued PTO and/or commissions | | | | 346.14 | 346.14 | 0.00 |
| Account No. 5975<br><br>Bachmann, Jeremy<br>837 Blue Spring Dr.<br>Westlake Village, CA 91361 | | | Wages, Accrued PTO and/or commissions | | | | 3,554.67 | 3,554.67 | 0.00 |
| Account No. 8258<br><br>Bachta, Ania<br>4325 NE 5th Ct. Unit # 101<br>Redmond, WA 98059 | | | Wages, Accrued PTO and/or commissions | | | | 6,321.78 | 6,321.78 | 0.00 |

Sheet no. 12 of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)    $ 17,103.27   $ 17,103.27   $ 0.00

Totals▷
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals▷
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.   Case No.:   06-12579
_____   _____
          **Debtor**                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  3338<br><br>Bailey, Nichole<br>8719 Charleston  Meadows<br>Mason, OH  45040 | | | Wages, Accrued PTO and/or commissions | | | | 886.99 | 886.99 | 1.00 |
| Account No.  7747<br><br>Baker, Jerry<br>1764 Candle Ridge Dr<br>Cordova, TN  38016 | | | Wages, Accrued PTO and/or commissions | | | | 7,603.70 | 7,603.70 | .00 |
| Account No.  7992<br><br>Baker, Tanya<br>2113 Glenside Avenue<br>Norwood, OH  45212 | | | Wages, Accrued PTO and/or commissions | | | | 3,604.66 | 3,604.66 | |
| Account No.  9463<br><br>Baldwin, Melissa<br>829 Redleafe Circle<br>Chesapeake, VA  23320 | | | Wages, Accrued PTO and/or commissions | | | | 14,826.66 | 10,000.00 | |

Sheet no. 13  of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)   $   26,922.01   $   22,095.35

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                    Case No.:   06-12579
_____                         _____
         **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 8936<br><br>Ballman, Steve<br>7922 Dalton Avenue<br>Cincinnati, OH 45236 | | | Wages, Accrued PTO and/or commissions | | | | 1,105.78 | 1,105.78 | 0.00 |
| Account No. 8732<br><br>Balmanukyan, Grant<br>16737 Flanders St.<br>Granada Hills, CA 91344 | | | Wages, Accrued PTO and/or commissions | | | | 656.15 | 656.15 | 0.00 |
| Account No. 4537<br><br>Bargerhuff, Benjamin<br>1470 Kingsley Drive<br>Warminster, PA 18974 | | | Wages, Accrued PTO and/or commissions | | | | 346.14 | 346.14 | 0.00 |
| Account No. 4803<br><br>Barone, Melissa<br>12745 Moorpark St.  # 403<br>Studio City, CA 91604 | | | Wages, Accrued PTO and/or commissions | | | | 4,652.52 | 4,652.52 | 0.00 |

Sheet no. 14 of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)   $  6,760.59   $  6,760.59   $  0.00

Totals▷
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals▷
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                              Case No.:   06-12579
          **Debtor**                                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  7824<br><br>Barringer, Susan<br>20723 86th Pl. W<br>Edmonds, WA  98026 | | | Wages, Accrued PTO and/or commissions | | | | 10,206.43 | 10,000.00 | 206.43 |
| Account No.  2601<br><br>Bartley, Harry<br>6445 La Cumbre Rd.<br>Somis, CA  93066 | | | Wages, Accrued PTO and/or commissions | | | | 346.14 | 346.14 | 0.00 |
| Account No.  6758<br><br>Bastin, Lori Ann<br>8892 Eagleview Drive  # 12<br>West Chester, OH  45069 | | | Wages, Accrued PTO and/or commissions | | | | 2,918.56 | 2,918.56 | 0.00 |
| Account No.  6329<br><br>Baumgarten, Brenda<br>1750 Ivy Street<br>Denver, CO  80220 | | | Wages, Accrued PTO and/or commissions | | | | 60,746.72 | 10,000.00 | 50,746.72 |

Sheet no. 15  of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➢
(Totals of this page)   $  74,217.85   |   $   23,264.70   |   $  50,953.15

Totals➢
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➢
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.                                    Case No.: 06-12579
                        **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 6400<br><br>Beach, Sharon<br>2816 Hamilton Drive<br>Voorhees, NJ 08043 | | | Wages, Accrued PTO and/or commissions | | | | 2,003.11 | 2,003.11 | 0.00 |
| Account No. 5064<br><br>Beardsley, Nicholas<br>901 Colorado Blvd  118<br>Denver, CO 80206 | | | Wages, Accrued PTO and/or commissions | | | | 8,343.06 | 8,343.06 | 0.00 |
| Account No. 6178<br><br>Beaver, Charles<br>16229 Plummer Street<br>North Hills, CA 91343 | | | Wages, Accrued PTO and/or commissions | | | | 1,901.97 | 1,901.97 | 0.00 |
| Account No. 6159<br><br>Becker, Jessica<br>1819 Chalcedony St   Unit #7<br>San Diego, CA 92109 | | | Wages, Accrued PTO and/or commissions | | | | 1,923.44 | 1,923.44 | 0.00 |

Sheet no. 16 of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)  $ 14,171.58   $ 14,171.58   $ 0.00

Totals➤
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals➤
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                    Case No.:   06-12579
            **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 9741<br><br>Beckman, Aurelian<br>12 Greer Ct.<br>Hamilton, OH 45013 | | | Wages, Accrued PTO and/or commissions | | | | 5,888.41 | 5,888.41 | 0.00 |
| Account No. 8461<br><br>Belew, Chrystal<br>5 Stonegate Dr.<br>Alexandria, KY 41001 | | | Wages, Accrued PTO and/or commissions | | | | 1,573.42 | 1,573.42 | 0.00 |
| Account No. 7697<br><br>Bell, Carl<br>5505 Bromely Dr.<br>Oak Park, CA 91377 | | | Wages, Accrued PTO and/or commissions | | | | 771.00 | 771.00 | 0.00 |
| Account No. 0260<br><br>Bello, Derek<br>560 Commons Park Dr.<br>Camarillo, CA 93012 | | | Wages, Accrued PTO and/or commissions | | | | 7,146.14 | 7,146.14 | 0.00 |

Sheet no. 17 of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷  (Totals of this page)   $  15,378.97    $  15,378.97    $  0.00

Totals▷
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals▷
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re    Ownit Mortgage Solutions, Inc.                      Case No.:    06-12579
_____                               _____
             **Debtor**                                                         **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 7943 <br><br> Benitez, Michelle <br> 18945 Covello Street <br> Reseda, CA 91335 | | | Wages, Accrued PTO and/or commissions | | | | 3,085.02 | 3,085.02 | 0.00 |
| Account No. 2006 <br><br> Bennett, Angela <br> 902 Quail Court <br> Ione, CA 95640 | | | Wages, Accrued PTO and/or commissions | | | | 4,526.14 | 4,526.14 | 0.00 |
| Account No. 1462 <br><br> Bennett, Randey <br> 699 Barton Run Blvd <br> Marlton, NJ 08053 | | | Wages, Accrued PTO and/or commissions | | | | 2,376.71 | 2,376.71 | 0.00 |
| Account No. 1043 <br><br> Benzan, Harry <br> 6 Pine Ridge Rd. <br> Mattapan, MA 02126 | | | Wages, Accrued PTO and/or commissions | | | | 9,874.44 | 9,874.44 | 0.00 |

Sheet no. 18 of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶    $   19,862.31    $   19,862.31    $   0.00
(Totals of this page)

Totals▶
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.        Case No.:   06-12579
                     **Debtor**                                   **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 8708<br><br>Beranek, Fred<br>3204 Bellingham Dr.<br>Orlando, FL 32825 | | | Wages, Accrued PTO and/or commissions | | | | 9,144.54 | 9,144.54 | 0.00 |
| Account No. 8902<br><br>Beranek, John<br>359 Avawam Drive<br>Richmond, KY 40475 | | | Wages, Accrued PTO and/or commissions | | | | 8,800.80 | 8,800.80 | 0.00 |
| Account No. 6267<br><br>Bernal, Rene<br>14357 W. Gelding Dr.<br>Surprise, AZ 85379 | | | Wages, Accrued PTO and/or commissions | | | | 19,731.84 | 10,000.00 | 9,731.84 |
| Account No. 9945<br><br>Biegger, Andrew<br>879 Turpin Way<br>Erie, CO 80516 | | | Wages, Accrued PTO and/or commissions | | | | 6,753.40 | 6,753.40 | 0.00 |

Sheet no. 19 of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➢
(Totals of this page)    $ 44,430.58    $ 34,698.74    $ 9,731.84

Totals➢
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➢
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.                   Case No.:  06-12579
_____                    _____
                **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
_____
                                    TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  8409<br><br>Bird, Thomas<br>16145 Cliffrock Ct.<br>Colorado Springs, CO  80921 | | | Wages, Accrued PTO and/or commissions | | | | 19,860.76 | 10,000.00 | 9,860.76 |
| Account No.  1090<br><br>Blas, Ivette<br>P.O. Box 10178<br>Hilo, HI  96721 | | | Wages, Accrued PTO and/or commissions | | | | 9,059.14 | 9,059.14 | 0.00 |
| Account No.  5049<br><br>Blevins, Charmayne A.<br>14381 30th Ave. NE  # 13<br>Seattle, WA  98125 | | | Wages, Accrued PTO and/or commissions | | | | 985.20 | 985.20 | 0.00 |
| Account No.  0944<br><br>Block, Patricia<br>227 Bellevue Way NE   PMB #395<br>Bellevue, WA  98004 | | | Wages, Accrued PTO and/or commissions | | | | 42,312.29 | 10,000.00 | 32,312.29 |

Sheet no. 20  of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)   $  72,217.39 | $  30,044.34 | $  42,173.05

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                          Case No.:   06-12579
_____                      _____
            **Debtor**                                                **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  3386<br><br>Boardman, Helga<br>3733 Pintail Dr.<br>Antioch, CA  94509 | | | Wages, Accrued PTO and/or commissions | | | | 9,628.52 | 9,628.52 | 0.00 |
| Account No.  3617<br><br>Bobel, Anthony<br>28112 Smyth Dr.  Unit #101<br>Valencia, CA  91355 | | | Wages, Accrued PTO and/or commissions | | | | 37,440.74 | 10,000.00 | 27,440.74 |
| Account No.  2836<br><br>Bodie, Daphne<br>3291 Shadylake Drive<br>Loveland, OH  45140 | | | Wages, Accrued PTO and/or commissions | | | | 4,674.34 | 4,674.34 | 0.00 |
| Account No.  7907<br><br>Bouse, David<br>4400 Hemingway Drive  # 149<br>Oklahoma City, OK  73118 | | | Wages, Accrued PTO and/or commissions | | | | 3,110.28 | 3,110.28 | 0.00 |

Sheet no. 21  of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)      $  54,853.88    $   27,413.14    $  27,440.74

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.                    Case No.:  06-12579
_____                              _____
           **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  7230<br><br>Bowbliss, Stephen P.<br>1012 Jonathan Lane<br>Tucker, GA  30084 | | | Wages, Accrued PTO and/or commissions | | | | 13,944.37 | 10,000.00 | 3,944.37 |
| Account No.  1453<br><br>Bowen, Stephanie<br>483 Harwin Drive<br>Hampton, VA  23666 | | | Wages, Accrued PTO and/or commissions | | | | 6,421.29 | 6,421.29 | 0.00 |
| Account No.  7391<br><br>Bowers, Audrey<br>6630 SW 39th Street   Apt # A4<br>Davie, FL  33314 | | | Wages, Accrued PTO and/or commissions | | | | 11,256.96 | 10,000.00 | 1,256.96 |
| Account No.  1998<br><br>Bowling, Shawn<br>6522 Zella Ct<br>Carlisle, OH  45005 | | | Wages, Accrued PTO and/or commissions | | | | 12,545.59 | 10,000.00 | 2,545.59 |

Sheet no. 22  of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| | | |
|---|---|---|
| $  44,168.21 | $  36,421.29 | $  7,746.92 |

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.        Case No.:  06-12579
            Debtor                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, salaries and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  1703<br><br>Bowling, Woodrow<br>2984 Austin Spring  Blvd. Apt #C<br>Miamisburg, OH  45342 | | | Wages, Accrued PTO and/or commissions | | | | 51,096.02 | 10,000.00 | 41,096.02 |
| Account No.  1031<br><br>Boyd, Eric<br>8369 S. Independence  Circle #104<br>Littleton, CO  80128 | | | Wages, Accrued PTO and/or commissions | | | | 2,097.89 | 2,097.89 | 0.00 |
| Account No.  3014<br><br>Boyd, Renee<br>1135 N. 34th St.<br>Camden, NJ  08105 | | | Wages, Accrued PTO and/or commissions | | | | 2,578.98 | 2,578.98 | 0.00 |
| Account No.  2345<br><br>Brady, Anita<br>10165 Highland Meado  Loop # 34-202<br>Parker, CO  80134 | | | Wages, Accrued PTO and/or commissions | | | | 2,881.29 | 2,881.29 | 0.00 |

Sheet no. 23  of 195 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)    $  58,654.18    $  17,558.16    $  41,096.02

Totals➤
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals➤
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                         Case No.:   06-12579
_____        _____
                            **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 4190<br><br>Braid, Angela<br>144 Love Lane<br>Woodstock, GA  30188 | | | Wages, Accrued PTO and/or commissions | | | | 1,888.70 | 1,888.70 | 0.00 |
| Account No. 2231<br><br>Briers, Monica<br>3235 Monte Carlo Dr.<br>Thousand Oaks, CA  91362 | | | Wages, Accrued PTO and/or commissions | | | | 3,825.78 | 3,825.78 | 0.00 |
| Account No. 7138<br><br>Brock, Craig<br>3502 W Obispo Street<br>Tampa, FL  33629 | | | Wages, Accrued PTO and/or commissions | | | | 3,109.89 | 3,109.89 | 0.00 |
| Account No: 8287<br><br>Brooks, Martin<br>9410 Georgian Park  Lane Apt # 105<br>Tampa, FL  33626 | | | Wages, Accrued PTO and/or commissions | | | | 19,994.04 | 10,000.00 | 9,994.04 |

Sheet no. 24  of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)      $   28,818.41    $   18,824.37    $   9,994.04

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

**In re**   Ownit Mortgage Solutions, Inc.             **Case No.:**    06-12579
                   **Debtor**                                             **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, salaries and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 6870<br><br>Brown, Dana<br>2573 Land Rush Dr.<br>Henderson, NV 89015 | | | Wages, Accrued PTO and/or commissions | | | | 8,060.19 | 8,060.19 | 0.00 |
| Account No. 1137<br><br>Brown, Jamie<br>3401 S. Willow Ave<br>Broken Arrow, OK 74012 | | | Wages, Accrued PTO and/or commissions | | | | 15,184.82 | 10,000.00 | 5,184.82 |
| Account No. 6866<br><br>Brown, Jeffrey A.<br>1580 Long Island Dr.<br>Eugene, OR 97401 | | | Wages, Accrued PTO and/or commissions | | | | 3,274.89 | 3,274.89 | 0.00 |
| Account No. 9512<br><br>Brown, Mark<br>1574 Turnberry Court<br>Boulder City, NV 89005 | | | Wages, Accrued PTO and/or commissions | | | | 3,021.84 | 3,021.84 | 0.00 |

Sheet no. 25 of 195 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)    $ 29,541.74    $ 24,356.92    $ 5,184.82

Totals➤
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.  Case No.:  06-12579
_____  _____
        **Debtor**  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 4442<br><br>Brown, Tobian<br>8525 DeVos Dr.<br>Santee, CA 92071 | | | Wages, Accrued PTO and/or commissions | | | | 1,294.02 | 1,294.02 | 0.00 |
| Account No. 1537<br><br>Browning, Mure<br>723 S. Wasco Rd.<br>Anaheim, CA 92804 | | | Wages, Accrued PTO and/or commissions | | | | 1,174.87 | 1,174.87 | 0.00 |
| Account No. 0338<br><br>Brumpton, Angie<br>1800 NE 40th St # C6<br>Renton, WA 98056 | | | Wages, Accrued PTO and/or commissions | | | | 14,131.42 | 10,000.00 | 4,131.42 |
| Account No. 7447<br><br>Brunson, Christal<br>3440 Sable Chase Ln.<br>Atlanta, GA 30349 | | | Wages, Accrued PTO and/or commissions | | | | 3,894.51 | 3,894.51 | 0.00 |

Sheet no. 26 of 195 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)  $ 20,494.82  $ 16,363.40  $ 4,131.42

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Pachulski Stang Ziehl Young Jones & Weintraub LLP  Atty Name (if applicable): Linda F. Cantor

Street Address: 10100 Santa Monica Blvd., 11th Floor  CA Bar No. (if applicable): 153762

Los Angeles, CA 90067  Atty Fax No. (if applicable): (310) 201-0760

Filer's Telephone No.: (310) 277-6910

| In re: Ownit Mortgage Solutions, Inc. | Case No.: SV 06-12579 KT |
|---|---|
| | Chapter 7 _____ 11 X 13 ☐ |

## AMENDED SCHEDULE(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?        Yes X   No __

Indicate below which schedule(s) is(are) being amended.

A _____   B _   C _____   D _   E X F _   G _   H _____   I _____   J _____

Statement of Financial Affairs _    Statement of Intention _____   Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I, John duHadway, the person who subscribed to the foregoing Amended Schedules and Amended Statement of Financial Affairs do hereby declare under penalty of perjury that the foregoing is true and correct.
DATED: April 25, 2007

_____
Debtor Signature
John duHadway, Chief Financial Officer
of Debtor

_____
Co-Debtor Signature

| **FOR COURT USE ONLY** |

### **SEE REVERSE SIDE**

American LegalNot, Inc.
www.USCourtForms.com

In re   Ownit Mortgage Solutions, Inc.                    Case No.:   06-12579
                    **Debtor**                                              **(If known)**

# AMENDED
# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 3753<br><br>Abell, Raeanna<br>8601 Glenoaks Blvd.<br>Apt. # 106<br>Sun Valley, CA 91352 | | | Wages, Accrued PTO and/or commissions | | | | 1,921.63 | 1,921.63 | 0.00 |
| Account No. 9731<br><br>Abney, Carrie<br>1045 Valley Wood Dr.<br>Batavia, OH 45103 | | | Wages, Accrued PTO and/or commissions | | | | 4,012.86 | 4,012.86 | 0.00 |
| Account No. 4099<br><br>Aceves, Nelida<br>16449 E. Main Street<br>La Puente, CA 91744 | | | Wages, Accrued PTO and/or commissions | | | | 1,931.04 | 1,931.04 | 0.00 |
| Account No. 6082<br><br>Adams, Elizabeth<br>3416 Fairfield Trail<br>Clearwater, FL 33761 | | | Wages, Accrued PTO and/or commissions | | | | 4,411.90 | 4,411.90 | 0.00 |

Sheet no. 1 of 196 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)       $  12,277.43   $  12,277.43   $   0.00

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                    Case No.:   06-12579
_____                    _____
                    **Debtor**                                      **(If known)**

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2805 <br><br> Adams, Starla <br> 6614 Ventura Pl. <br> Alta Loma, CA  91701 | | | Wages, Accrued PTO and/or commissions | | | | 3,484.97 | 3,484.97 | 0.00 |
| Account No.  7727 <br><br> Addison, Lashania <br> 7722 Robert E Lee   Street <br> Tampa, FL  33637 | | | Wages, Accrued PTO and/or commissions | | | | 3,292.18 | 3,292.18 | 0.00 |
| Account No. 2963 <br><br> Adkins, Phantayne <br> 4930 Aylesbury Way <br> Stone Mountain, GA  30088 | | | Wages, Accrued PTO and/or commissions | | | | 8,983.33 | 8,983.33 | 0.00 |
| Account No.  3584 <br><br> Adler, Hadar <br> 5665 Likins Ave. <br> Martinez, CA  94553 | | | Wages, Accrued PTO and/or commissions | | | | 8,711.53 | 8,711.53 | 0.00 |

Sheet no. 2  of 196 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)                      $  24,472.01  |  $   24,472.01  |  $        0.00

Totals➤
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals➤
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.     Case No.:   06-12579

        **Debtor**                                              **(If known)**

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  6317 <br><br> Aguila, Ambrie <br> 444 Piedmont Ave.  #111 <br> Glendale, CA  91206 | | | Wages, Accrued PTO and/or commissions | | | | 6,762.61 | 6,762.61 | 0.00 |
| Account No.  4723 <br><br> Alamo, Jose <br> 1212 68th St SE <br> Auburn, WA  98092 | | | Wages, Accrued PTO and/or commissions | | | | 8,827.88 | 8,827.88 | 0.00 |
| Account No.  6519 <br><br> Aldrich, Lee <br> 16844 204th Ave NW <br> Big Lake, MN  55309 | | | Wages, Accrued PTO and/or commissions | | | | 21,789.58 | 10,000.00 | 11,789.58 |
| Account No.  3128 <br><br> Alexander, Deveny <br> 4263 12th Ave. N. <br> St. Petersburg, FL  33713 | | | Wages, Accrued PTO and/or commissions | | | | 2,130.70 | 2,130.70 | 0.00 |

Sheet no. 3 of 196 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷ (Totals of this page)    $ 39,510.77    $ 27,721.19    $ 11,789.58

Totals▷
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals▷
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                              Case No.:    06-12579
_____                      _____
                    **Debtor**                                                (If known)

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  2661<br><br>Alexander, Mark<br>11323 Pacific Shores  Drive<br>Bakersfield, CA  93312 | | | Wages, Accrued PTO and/or commissions | | | | 7,003.01 | 7,003.01 | 0.00 |
| Account No.  7372<br><br>Allcorn, Quentin<br>1206 Amesbury Court<br>Wilmington, NC  28411 | | | Wages, Accrued PTO and/or commissions | | | | 10,134.97 | 10,000.00 | 134.97 |
| Account No.  7431<br><br>Allen, Laura<br>12800 SE Flavel<br>Portland, OR  97236 | | | Wages, Accrued PTO and/or commissions | | | | 7,657.03 | 7,657.03 | 0.00 |
| Account No.  7933<br><br>Allen, Rita<br>77 Fulton Street<br>Wilmington, OH  45177 | | | Wages, Accrued PTO and/or commissions | | | | 6,437.28 | 6,437.28 | 0.00 |

Sheet no. 4  of 196 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)      $   31,232.29      $    31,097.32      $     134.97

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                    Case No.:   06-12579
                  **Debtor**                                              **(If known)**

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 7892<br><br>Allman, Aaryn<br>7985 Ferry Street<br>Miamitown, OH 45041 | | | Wages, Accrued PTO and/or commissions | | | | 2,996.52 | 2,996.52 | 0.00 |
| Account No. 6135<br><br>Altabet, Joelita<br>3555 Meridale Drive  Unit 2146<br>Las Vegas, NV 89147 | | | Wages, Accrued PTO and/or commissions | | | | 3,315.99 | 3,315.99 | 0.00 |
| Account No. 2808<br><br>Alvarez, Claudia<br>19638 Mayall St.<br>Northridge, CA 91324 | | | Wages, Accrued PTO and/or commissions | | | | 3,472.96 | 3,472.96 | 0.00 |
| Account No. 3253<br><br>Alvarez, Luis M.<br>248 5th Ave.<br>Redwood City, CA 94063 | | | Wages, Accrued PTO and/or commissions | | | | 4,731.91 | 4,731.91 | 0.00 |

Sheet no. 5 of 196 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)   $ 14,517.38   $ 14,517.38   $ 0.00

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                                 Case No.:   06-12579
_____                    _____
                        Debtor                                                              (If known)

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  2534 Amato, Melisalyn 201 Lippencott Ave Riverside, NJ  08075 | | | Wages, Accrued PTO and/or commissions | | | | 2,957.73 | 2,957.73 | 0.00 |
| Account No.  1073 Ammons, Stephanie 1884 Grazziani Way Roseville, CA  95661 | | | Wages, Accrued PTO and/or commissions | | | | 25,404.22 | 10,000.00 | 15,404.22 |
| Account No.  2517 Ampie, Nora 1600 San Fernando Rd Burbank, CA  91504 | | | Wages, Accrued PTO and/or commissions | | | | 3,821.41 | 3,821.41 | 0.00 |
| Account No.  2939 Anapol, Bruce R. 16739 Alexandra Way Grass Valley, CA  95949 | | | Wages, Accrued PTO and/or commissions | | | | 6,707.81 | 6,707.81 | 0.00 |

Sheet no. 6 of 196 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)

$  38,891.17    $   23,486.95    $  15,404.22

Totals▷
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals▷
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                    Case No.:   06-12579
_____                          _____
              **Debtor**                                        **(If known)**

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 9639 <br><br> Ancheta, Amy <br> 32989 Trestle Ln. <br> Temecula, CA 92592 | | | Wages, Accrued PTO and/or commissions | | | | 4,741.80 | 4,741.80 | 0.00 |
| Account No. 2444 <br><br> Andersen, Jennifer <br> 239A Willow Turn <br> Mt. Laurel, NJ 08054 | | | Wages, Accrued PTO and/or commissions | | | | 775.51 | 775.51 | 0.00 |
| Account No. 8357 <br><br> Anderson, Kirk <br> 149 Canyon Trail <br> Pelham, AL 35124 | | | Wages, Accrued PTO and/or commissions | | | | 3,906.52 | 3,906.52 | 0.00 |
| Account No. 0925 <br><br> Anderson, Leroy <br> 3109 Boring Way <br> Decatur, GA 30034 | | | Wages, Accrued PTO and/or commissions | | | | 20,390.55 | 10,000.00 | 10,390.55 |

Sheet no. 7 of 196 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)            $  29,814.38   |   $  19,423.83   |   $  10,390.55

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.      Case No.:  06-12579

Debtor                           (If known)

# AMENDED

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, salaries and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  5404 <br><br> Anderson, Susan <br> 4501 Powells Point  Rd. <br> Virginia Beach, VA  23455 | | | Wages, Accrued PTO and/or commissions | | | | 2,702.23 | 2,702.23 | 0.00 |
| Account No.  3778 <br><br> Andry, Anita <br> 2856 Brookford Ln. <br> Atlanta, GA  30331 | | | Wages, Accrued PTO and/or commissions | | | | 2,819.92 | 2,819.92 | 0.00 |
| Account No.  9372 <br><br> Angelatos, Athena <br> 78 Lake Drive <br> Beverly, NJ  08010 | | | Wages, Accrued PTO and/or commissions | | | | 2,411.67 | 2,411.67 | 0.00 |
| Account No.  0940 <br><br> Antesberger, Steve <br> 915 Pond Ct. <br> Lebanon, OH  45036 | | | Wages, Accrued PTO and/or commissions | | | | 3,693.80 | 3,693.80 | 0.00 |

Sheet no. 8  of 196 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷ (Totals of this page)  $  11,627.62  |  $  11,627.62  |  $  0.00

Totals▷
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals▷
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.      Case No.:  06-12579
_____          _____
                Debtor                            (If known)

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0599 <br><br> Apgar, Cynthia <br> 1061 Tennyson Pl. NE <br> Atlanta, GA 30319 | | | Wages, Accrued PTO and/or commissions | | | | 5,845.35 | 5,845.35 | 0.00 |
| Account No. 0266 <br><br> Aragon, Tanya <br> 2016 Hedge Avenue <br> Brentwood, CA 94513 | | | Wages, Accrued PTO and/or commissions | | | | 4,043.87 | 4,043.87 | 0.00 |
| Account No. 5576 <br><br> Armendarez, Leona <br> 463 CR 199 <br> Gainesville, TX 76240 | | | Wages, Accrued PTO and/or commissions | | | | 2,581.93 | 2,581.93 | 0.00 |
| Account No. 1189 <br><br> Armstrong, Jennifer <br> 15245 Kingsbury St. <br> Mission Hills, CA 91345 | | | Wages, Accrued PTO and/or commissions | | | | 3,556.60 | 3,556.60 | 0.00 |

Sheet no. 9 of 196 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)   $  16,027.75   $  16,027.75   $   0.00

Totals▷
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals▷
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

In re  Ownit Mortgage Solutions, Inc.                    Case No.:  06-12579
_____              _____
                    Debtor                                        (If known)

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, salaries and commissions
_____
                                    TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  4463 <br><br> Aronson, Robyn <br> 18742-E Vista  Del Canon <br> Newhall, CA  91321 | | | Wages, Accrued PTO and/or commissions | | | | 4,827.93 | 4,827.93 | 0.00 |
| Account No.  5381 <br><br> Arreola, Nadia <br> 20235 Sherman Way  #104 <br> Winnetka, CA  91306 | | | Wages, Accrued PTO and/or commissions | | | | 3,627.12 | 3,627.12 | 0.00 |
| Account No.  8953 <br><br> Arthur, Janette <br> 8232 Swan Hollow Dr <br> Tampa, FL  33647 | | | Wages, Accrued PTO and/or commissions | | | | 18,854.48 | 10,000.00 | 8,854.48 |
| Account No.  2309 <br><br> Artishuk, Mira <br> 6129 Palmaya Ln. <br> Orangevale, CA  95662 | | | Wages, Accrued PTO and/or commissions | | | | 3,208.88 | 3,208.88 | 0.00 |

Sheet no. 10  of 196 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)            $  30,518.41   $   21,663.93   $   8,854.48

Totals➤
(Use only on last page of the completed
Schedule E. Report also on Summary of
Schedules.)

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Date.)

Official Form 6E (10/06) - Cont.

In re　Ownit Mortgage Solutions, Inc.　　　　　Case No.:　06-12579
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　(If known)

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, salaries and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 9541 Atkinson, Brent 2332 Alsace Terrace St. Petersburg, FL 33714 | | | Wages, Accrued PTO and/or commissions | | | | 4,803.98 | 4,803.98 | 0.00 |
| Account No. 7405 Attebury, Amanda 11098 Wheeler Cross Rd. Grass Valley, CA 95945 | | | Wages, Accrued PTO and/or commissions | | | | 1,705.62 | 1,705.62 | 0.00 |
| Account No. 1993 Auer, Jessica 2462 Virgo Dr. Colorado Springs, CO 80906 | | | Wages, Accrued PTO and/or commissions | | | | 9,104.04 | 9,104.04 | 0.00 |
| Account No. 9605 Avalos, Sonia 6938 Comanche Avenue Winnetka, CA 91306 | | | Wages, Accrued PTO and/or commissions | | | | 2,952.18 | 2,952.18 | 0.00 |

Sheet no. 11 of 196 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷　(Totals of this page)　$ 18,565.82 | $ 18,565.82 | $ 0.00

Totals▷
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

Official Form 6E (10/06) - Cont.

In re    Ownit Mortgage Solutions, Inc.                          Case No.:    06-12579
_____                       _____
                    Debtor                                          (If known)

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, salaries and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2335 <br><br> Avery, Sharrel <br> 10019 Ne 28th Place <br> Clyde Hill, WA 98004 | | | Wages, Accrued PTO and/or commissions | | | | 6,880.68 | 6,880.68 | 0.00 |
| Account No. 7514 <br><br> Ayala-Hill, Jesus <br> P.O. Box 266552 <br> Weston, FL 33326 | | | Wages, Accrued PTO and/or commissions | | | | 346.14 | 346.14 | 0.00 |
| Account No. 5975 <br><br> Bachmann, Jeremy <br> 837 Blue Spring Dr. <br> Westlake Village, CA 91361 | | | Wages, Accrued PTO and/or commissions | | | | 3,554.67 | 3,554.67 | 0.00 |
| Account No. 8258 <br><br> Bachta, Ania <br> 4325 NE 5th Ct.  Unit # 101 <br> Redmond, WA 98059 | | | Wages, Accrued PTO and/or commissions | | | | 6,321.78 | 6,321.78 | 0.00 |

Sheet no. 12 of 196 sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)    $  17,103.27    $  17,103.27    $  0.00

Totals▷
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.                    Case No.:   06-12579
                        **Debtor**                                              **(If known)**

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  3338 <br><br> Bailey, Nichole <br> 8719 Charleston  Meadows <br> Mason, OH  45040 | | | Wages, Accrued PTO and/or commissions | | | | 886.99 | 886.99 | 0.00 |
| Account No.  7747 <br><br> Baker, Jerry <br> 1764 Candle Ridge Dr <br> Cordova, TN  38016 | | | Wages, Accrued PTO and/or commissions | | | | 7,603.70 | 7,603.70 | 0.00 |
| Account No.  7992 <br><br> Baker, Tanya <br> 2113 Glenside Avenue <br> Norwood, OH  45212 | | | Wages, Accrued PTO and/or commissions | | | | 3,604.66 | 3,604.66 | 0.00 |
| Account No.  9463 <br><br> Baldwin, Melissa <br> 829 Redleafe Circle <br> Chesapeake, VA  23320 | | | Wages, Accrued PTO and/or commissions | | | | 14,826.66 | 10,000.00 | 4,826.66 |

Sheet no. 13  of 196 sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals> (Totals of this page) | $  26,922.01 | $   22,095.35 | $   4,826.66 |

Totals>
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals>
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.        Case No.:    06-12579
               **Debtor**                                             **(If known)**

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 8936<br><br>Ballman, Steve<br>7922 Dalton Avenue<br>Cincinnati, OH 45236 | | | Wages, Accrued PTO and/or commissions | | | | 1,105.78 | 1,105.78 | 0.00 |
| Account No. 8732<br><br>Balmanukyan, Grant<br>16737 Flanders St.<br>Granada Hills, CA 91344 | | | Wages, Accrued PTO and/or commissions | | | | 656.15 | 656.15 | 0.00 |
| Account No. 4537<br><br>Bargerhuff, Benjamin<br>1470 Kingsley Drive<br>Warminster, PA 18974 | | | Wages, Accrued PTO and/or commissions | | | | 346.14 | 346.14 | 0.00 |
| Account No. 4803<br><br>Barone, Melissa<br>12745 Moorpark St. #403<br>Studio City, CA 91604 | | | Wages, Accrued PTO and/or commissions | | | | 4,652.52 | 4,652.52 | 0.00 |

Sheet no. 14 of 196 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)    $   6,760.59    $   6,760.59    $    0.00

Totals➤
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)

In re   Ownit Mortgage Solutions, Inc.           Case No.:    06-12579
             Debtor                                             (If known)

# AMENDED

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, salaries and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 7824<br><br>Barringer, Susan<br>20723 86th Pl. W<br>Edmonds, WA 98026 | | | Wages, Accrued PTO and/or commissions | | | | 10,206.43 | 10,000.00 | 206.43 |
| Account No. 2601<br><br>Bartley, Harry<br>6445 La Cumbre Rd.<br>Somis, CA 93066 | | | Wages, Accrued PTO and/or commissions | | | | 346.14 | 346.14 | 0.00 |
| Account No. 6758<br><br>Bastin, Lori Ann<br>8892 Eagleview Drive  # 12<br>West Chester, OH 45069 | | | Wages, Accrued PTO and/or commissions | | | | 2,918.56 | 2,918.56 | 0.00 |
| Account No. 6329<br><br>Baumgarten, Brenda<br>1750 Ivy Street<br>Denver, CO 80220 | | | Wages, Accrued PTO and/or commissions | | | | 60,746.72 | 10,000.00 | 50,746.72 |

Sheet no. 15  of 196 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▷ (Totals of this page)     $ 74,217.85    $ 23,264.70    $ 50,953.15

Totals▷
(Use only on last page of the completed Schedule E. Report also on Summary of Schedules.)

Totals▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Date.)